# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:08-CV-050-LED |
| ) | |
| MICROSOFT CORPORATION, ) | |
| GOOGLE, INC., YAHOO! INC., ) | |
| AMERICA ONLINE, INC., and AOL LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Aloft Media LLC and Defendant America Online, Inc., filed a stipulation to dismiss pursuant to Fed. R. Civ. P. 41. The Court, having considered the stipulation, is of the opinion that the stipulation is proper.

IT IS THEREFORE ORDERED that all claims for relief asserted against American Online, Inc. by Aloft Media LLC herein are dismissed, without prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 2nd day of June, 2008.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**